## KERCE *v.* KERCE.

BECK, J. Under all the evidence in the case, there was no abuse of discretion on the part of the trial judge in allowing the applicant temporary alimony and attorney's fees.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

MARCH 13, 1917.

Temporary alimony. Before Judge Wright. Floyd superior court. October 12, 1916.

*F. W. Copeland* and *W. B. Mebane,* for plaintiff in error.

*John W. Bale* and *J. W. Ewing,* contra.